## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Mary McGregor, | : |
| | : |
| | : Civil Action No.:  4:13-cv-12212-TGB-RSW |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| NCO Financial Systems, Inc.; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 11, 2013

Respectfully submitted,

By __/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   /s/ Sergei Lemberg
Sergei Lemberg, Esq.