UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY McGREGOR,

        Plaintiff,

v.                                        Case No. 13-12212

NCO FINANCIAL SYSTEMS, INC.,        HON. TERRENCE G. BERG
                                                     HON. R. STEVEN WHALEN

        Defendant.
_____/

## ORDER AND DISMISSAL

On September 11, 2013, the Court was notified by the parties that they had reached a settlement in this matter. Therefore, the case will be dismissed.

Accordingly, it is ORDERED that the complaint is DISMISSED WITH PREJUDICE and without costs. Either party may apply to reopen this matter on or before November 1, 2013, to enforce the terms of the settlement.

SO ORDERED.

                                                     s/Terrence G. Berg
                                                     TERRENCE G. BERG
                                                     UNITED STATES DISTRICT JUDGE

Dated: September 26, 2013

### Certificate of Service

I hereby certify that this Order was electronically submitted on September 26, 2013, using the CM/ECF system, which will send notification to each party.

                                                    By: s/A. Chubb
                                                      Case Manager